```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
               CASE NO. 09-20673-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

REGINALD SHERONDO DAWSON,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Edwin G. Torres, on May 5, 2010. A Report and Recommendation filed on May 28, 2010 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Edwin G. Torres, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count Forty-Nine of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of June, 2010.

                                          _____
                                          DONALD L. GRAHAM
                                          UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Torres
        Israel Jose Encinosa, Esq.
        Andrea G. Hoffman, AUSA