```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                            MIAMI DIVISION
                    CASE NO. 09-20673-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

REGINALD SHERONDO DAWSON,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Edwin G. Torres, on May 5, 2010. A Report and Recommendation filed on May 28, 2010 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Edwin G. Torres, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count Forty-nine of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of July, 2010.

                                                                  _____
                                                                  DONALD L. GRAHAM
                                                                  UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Torres
        Andrea Hoffman, AUSA
        Israel J. Encinosa, Esq.
```